UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR MANUEL MARTINEZ, | ) | CASE NO. CV 15-9340 AGR |
|                 Plaintiff, | ) | |
| | ) | JUDGMENT |
|    vs. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
|                 Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for an award of benefits.

DATED: August 19, 2016

                                            ALICIA G. ROSENBERG
                                            United States Magistrate Judge